PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      *Plaintiff,*<br>v.<br><br>THOMAS O'ROURKE,<br><br>                      *Defendant,*<br>and<br><br>WELLS FARGO ADVISORS,<br>and its successors or assigns,<br><br>                      *Garnishee.* | Hon. William J. Martini<br><br>CRIMINAL No. 10-235<br><br>**GARNISHEE ORDER** |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by certified mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to

-2-

defendant in the sum of $133,030.00.

IT IS ORDERED that the garnishee pay the sum of **$132,555.00** of the defendant's account so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: 8/1/11

WILLIAM J. MARTINI, JUDGE
UNITED STATES DISTRICT COURT